```
A CERTIFIED TRUE COPY
       ATTEST

By Debbie Nguyen on Sep 09, 2010

   FOR THE UNITED STATES
    JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

8:10-ml-02151 JVS(FMOx)
MDL No. 2151

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-9)



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 156 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

   Sep 09, 2010

    CLERK'S OFFICE
     UNITED STATES
    JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 9/13/10
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rolls Royce Paschal
DEPUTY CLERK



Page 1 of 2

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION   MDL No. 2151

### SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **FLORIDA SOUTHERN** | | | | |
| FLS | 1 | 10-22785 | Georges Vincent, et al. v. Toyota Motor Sales U.S.A., Inc. et al. | SACV10-01363 JVS (FMOx) |
| FLS | 9 | 10-80912 | Edward Kline v. Stewart Agency, Inc. | SACV10-01364 JVS (FMOx) |
| FLS | 9 | 10-80929 | Mary Patricia Ryan v. Morse Operations, Inc. | SACV10-01365 JVS (FMOx) |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 10-4302 | Willette Green v. Toyota Motor Sales, U.S.A., Inc. | SACV10-01366 JVS (FMOx) |
| ILN | 1 | 10-4350 | Ed Izenstark v. Toyota Motor Sales, U.S.A., Inc., et al. | SACV10-01367 JVS (FMOx) |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 10-1995 | Brenda A. Whaley, et al. v. Toyota Motor Corp., et al. | SACV10-01368 JVS (FMOx) |
| **LOUISIANA WESTERN** | | | | |
| LAW | 6 | 10-896 | Michael Barzare, et al. v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-01369 JVS (FMOx) |
| **MARYLAND** | | | | |
| MD | 8 | 10-1773 | Ann Keller, et al. v. Toyota Motor Sales U.S.A., Inc. | SACV10-01370 JVS (FMOx) |
| **MICHIGAN EASTERN** | | | | |
| ~~MIE~~ | ~~2~~ | ~~10-12563~~ | ~~Michael Peterson v. Toyota Motor Sales U.S.A., Inc.~~ Opposed 09/08/2010 | |
| **NEVADA** | | | | |
| NV | 2 | 10-924 | Wilma Herrera, et al. v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-01371 JVS (FMOx) |
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 10-1251 | Joseph Buccier v. Toyota Motor Sales U.S.A., Inc. | SACV10-01372 JVS (FMOx) |
| OHN | 1 | 10-1339 | G&M Motors, Inc. v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-01373 JVS (FMOx) |
| **OHIO SOUTHERN** | | | | |
| OHS | 1 | 10-364 | Burnell Meeks v. Toyota Motor Sales U.S.A., Inc. | SACV10-01374 JVS (FMOx) |
| **PENNSYLVANIA MIDDLE** | | | | |
| PAM | 1 | 10-1327 | Lisa A. Labar, etc. v. Toyota Motor Corp., et al. | SACV10-01375 JVS (FMOx) |

**MDL No. 2151 - Schedule CTO-9 - Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 08-1300 | Robert Elmes v. Toyota Motor Manufacturing Kentucky, Inc., et al. / SACV10-01376 JVS (FMOx) |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 10-2477 | Brenda Bishop v. Gulf States Toyota, Inc., et al. / SACV10-01377 JVS (FMOx) |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 10-761 | Lana K. Pittman, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al. / SACV10-01378 JVS (FMOx) |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

September 9, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

(See Attached CTO-9)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 25, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Debbie Nguyen
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:     Judge James V. Selna

JPML Form 36A

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION            MDL No. 2151

## PANEL SERVICE LIST (CTO-9)

Wylie A. Aitken
AITKEN AITKEN & COHN
3 MacArthur Place
Suite 800
Santa Ana, CA 92707
**connie@aitkenlaw.com**

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650
**barrios@bkc-law.com**

Philip John Berenz
ROBERT A LANGENDORF PC
134 North LaSalle St.
Suite 1515
Chicago, IL 60602
**philberenz@yahoo.com**

Mark N. Bodin
MCGLINCHEY STAFFORD PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
**mbodin@mcglinchey.com**

Mark Howard Boyle
DONOHUE BROWN MATHEWSON
& SMYTH LLC
140 South Dearborn Street
Suite 800
Chicago, IL 60603
**mark.boyle@dbmslaw.com**

Kevin B. Burgess
HAMILTON BURGESS YOUNG
& POLLARD
P.O. Box 959
Fayetteville, WV 25840-0959
**kburgess@hamiltonburgess.com**

Gerald Cleary
PAPPAS HUBBARD O'CONNOR FILDES
SECARAS PC
150 North Michigan Ave.
Suite 3300
Chicago, IL 60601
**gcleary@phofs.com**

Andrew B. Cooke
FLAHERTY SENSABAUGH
& BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
**acooke@fsblaw.com**

Kenneth B. Fenelon, Jr.
VUJASINOVIC & BECKCOM PLLC
1001 Texas Ave.
Suite 1020
Houston, TX 77002
**Kenneth@vbattorneys.com**

Vincent Galvin, Jr.
BOWMAN & BROOKE
1741 Technology Drive
San Jose, CA 95110
**vincent.galvin@bowmanandbrooke.com**

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**lisa.gilford@alston.com**

Jason A. Golden
MONTGOMERY RENNIE & JONSON
36 East Seventh Street
Suite 2100
Cincinnati, OH 45202
**jgolden@mrjlaw.com**

**MDL No. 2151 - Panel Service List (CTO-9) (Continued)**

Michael J. Grady
LAW OFFICE OF MICHAEL GRADY
50 W. Montgomery Avenue
Suite 100
Rockville, MD 20850
**grady.law@hotmail.com**

Gregory A. Harrison
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
**harrison@dinslaw.com**

Kathleen F. Hobson
KATHLEEN F HOBSON LLC
1100 Poydras Street
Suite 2900 #142
New Orleans, LA 70163
**kathleen@khobson.com**

Greg W. Marsh
LAW OFFICES OF GREG W MARSH
731 South 7th Street
Las Vegas, NV 89101
**gwm4253@aol.com**

Kelly M. Marzullo
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, MD 21209
**kelly.marzullo@dlapiper.com**

John W. McTiernan
CAROSELLI BEACHLER MCTIERNAN
& CONBOY
322 Boulevard of the Allies
Eighth Floor
Pittsburgh, PA 15222
**jmctiernan@cbmclaw.com**

Craig Murphy
MURPHY & MURPHY LAW OFFICES
10191 Park Run Drive
Suite 100
Las Vegas, NV 89145
**craig@nvpilaw.com**

Gretchen M. Nelson
KREINDLER & KREINDLER LLP
707 Wilshire Blvd.
Suite 5070
Los Angeles, CA 90017
**gnelson@kreindler.com**

Colvin G. Norwood, Jr.
MCGLINCHEY STAFFORD PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
**wnorwood@mcglinchey.com**

Anthony P. Polce
POLCE & SZUBA
40600 Ann Arbor Road
Suite 200
Plymouth, MI 48170
**apolce@polceszuba.com**

Jason S. Remer
REMER & GEORGES-PIERRE PLLC
11900 Biscayne Blvd.
Suite 288
North Miami, FL 33181
**jremer@rgpattorneys.com**

James P. Ryan
MORROW MORROW RYAN
& BASSETT
P.O. Drawer 1787
Opelousas, LA 70571-1787
**jamesr@mmrblaw.com**

Andrew Samtoy
DWORKEN & BERNSTEIN CO LPA
60 South Park Place
Painesville, OH 44077
**asamtoy@dworkenlaw.com**

William E. Schaefer
LAW OFFICE OF JOHN P HENDRZAK
3773 Corporate Center Parkway
Suite 180
Center Valley, PA 18034
**william.schaefer@zurichna.com**

**MDL No. 2151 - Panel Service List (CTO-9) (Continued)**

James D. Scharville
KAHN & ASSOCIATES LLC
55 Public Square
Suite 650
Cleveland, OH 44113
dscharville@kahnandassociates.com

Carl R. Schiffman
SCHIFFMAN & WOJDOWSKI
1300 Fifth Avenue
Pittsburgh, PA 15219
SchifWojdo@hotmail.com

Chad Michael Sizemore
MONTGOMERY RENNIE & JONSON
36 East Seventh Street
Suite 2100
Cincinnati, OH 45202
csizemore@mrjlaw.com

Brian W. Smith
SMITH & VANTURE LLP
1615 Forum Place
West Palm Beach, FL 33401
bws@smithvanture.com

Michael Ross Tein
LEWIS TEIN
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
tein@lewistein.com

Clem C. Trishchler
PIETRAGALLO BOSICK & GORDON
One Oxford Centre
38th Floor
Pittsburgh, PA 15219
cct@pietragallo.com

James Karl Viehman
HARTLINE DACUS BARGER DREYER
& KERN LLP
6688 N. Central Expressway
Suite 1000
Dallas, TX 75206
kviehman@hdbdk.com

Jasper D. Ward, IV
BAHE COOK CANTLEY & JONES PLC
239 South Fifth Street
Suite 700
Louisville, KY 40202
jasper@bccjlaw.com

Elizabeth A. Wells
BURDGE LAW OFFICE
2299 Miamisburg Centerville Road
Dayton, OH 45459
beth@ohiolemonlaw.com

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION    MDL No. 2151

## INVOLVED JUDGES LIST (CTO-9)

Hon. Michael R. Barrett
U.S. District Judge
815 Potter Stewart U.S.Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Christopher C. Conner
U.S. District Judge
United States District Court
P.O. Box 847
Harrisburg, PA 17108

~~Hon. Bernard A. Friedman~~
~~Senior U.S. District Judge~~
~~100 Theodore Levin U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

Hon. Joseph R. Goodwin
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. James S. Gwin
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Adalberto Jordan
U.S. District Judge
C. Clyde Atkins U.S. Courthouse
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Harry D. Leinenweber
Senior U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Mary Ann Vial Lemmon
U.S. District Judge
C-406 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. James C. Mahan
U.S. District Judge
6085 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101-7065

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

**MDL No. 2151 - Involved Judges List (CTO-9) (Continued)**

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Amy J. St. Eve
U.S. District Judge
1260 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Roger W. Titus
U.S. District Judge
U.S. Courthouse
6500 Cherrywood Lane
Suite 255A
Greenbelt, MD 20770

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION           MDL No. 2151

## INVOLVED CLERKS LIST (CTO-9)

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Steven M. Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven M. Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

~~David J. Weaver, Clerk~~
~~814 Theodore Levin U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

David J. Bradley, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546